# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAJUANE Z. DUNNAWAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1608

[July 29, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 502018CF004269AXXXMB and 502018CF008187AXXXMB.

Lajuane Z. Dunnaway, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***